UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. KAHLON, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-2830 KJM CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the Court's April 29, 2024, findings and recommendations (ECF No. 8).  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 29, 2024, findings and recommendations.

Dated:  May 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/hh
hick2830.36