UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS, | No. 2:23-cv-2830 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. KAHLON, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file objections to the Court's April 29, 2024, findings and recommendations pursuant to the court's order of May 13, 2024. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's Request for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 29, 2024, findings and recommendations. No further extensions of time will be granted.

Dated: June 27, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/hh
hick2830.36sec