UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES HICKS, | No. 2:23-cv-2830 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| P. KAHLON, et al., | |
| Defendants. | |

On November 5, 2024, plaintiff was ordered to pay the filing fee for this action within 14 days and was warned that failure to do so would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, the case is dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). IT IS HEREBY ORDERED that this action is dismissed with prejudice. The clerk of the court is directed to close the case.

DATED: 1/8/2025

_____
Kimberly J. Mueller
US District Court